**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **PATRICIA KENNEDY, Individually,** | : |
| | : **Case No. 9:18-cv-80552** |
| **Plaintiff,** | : |
| v. | : |
| | : |
| **HIBISCUS HOUSE DOWNTOWN HOLDING COMPANY, LLC** | : |
| **a Florida Limited Liability Company,** | : |
| **RANDY F. WILLS, Individually,** | : |
| **Defendant.** | |

**PLAINTIFF'S VERIFIED STATEMENT REGARDING PRIOR FILINGS UNDER THE ADA**

COMES NOW the undersigned counsel, Laura Greco Naylor and Thomas B. Bacon, attorneys for Plaintiff, and states as follows:

1. Prior to the filing of the instant cause, I reviewed the Court records pursuant to the PACER system to ascertain whether or not the property at issue herein was the subject of any previously filed action. The Court Records do not indicate that the Defendant was previously sued with regard to ADA violations at the subject property.

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct. Executed on May 1st, 2018.

Attorneys for Plaintiff:
By: /s/ Laura Greco Naylor
Laura Greco Naylor, Esq.
Greco Law, PLLC
6278 N. Federal Highway
Fort Lauderdale, FL 33308
ph. (888) 506-8652
fax (888) 506-8752
lgreco@grecolaw.org
FBN: 0072248

Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
644 N. Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
fax (954) 237-1990
tbb@thomasbaconlaw.com
FBN: 139262